(1) The United States' motion to dismiss is granted.

(2) Each side shall bear its own costs.

**M–3 & ASSOCIATES, INC., Plaintiffs–Appellant,**

v.

**CARGO SYSTEMS, INC. and Preferred Finishing, Inc., Defendants–Appellees.**

No. 01–1426.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**OHIO CELLULAR PRODUCTS CORPORATION, Plaintiff,**

and

**All American Sports Corporation, Third Party Defendant,**

and

**Donald E. Nelson, Third Party Defendant–Appellant,**

v.

**ADAMS USA, INC. and Apehead Manufacturing, Inc., Defendants–Third Party Plaintiffs–Appellees.**

No. 00–1066.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2002.

### ORDER

Upon consideration of Donald E. Nelson's January 10, 2002 response to this court's letter regarding the status of this appeal,

IT IS ORDERED THAT:

(1) The appeal is dismissed as moot.

(2) All sides shall bear their own costs.